**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TRACY COTTRELL**                                                                          **PLAINTIFF**
**#172289**

**V.**                                    **NO. 4:22-cv-00905-JM**

**HIGGINS,** *et al.*                                                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this  31st day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE